# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1607
Lower Tribunal No. 2021-CC-001672

_____

MORGAN CREEK PRESERVE RESIDENTS ASSOCIATION, INC.,

Appellant,

v.

BEVERLY HUMPHRIES and JEFFREY HUMPHRIES,

Appellees.

_____

Appeal from the County Court for Polk County.
Hope M. Pattey, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

STARGEL, MIZE and PRATT, JJ., concur.


Daniel F. Pilka, of Pilka Adams & Reed, P.A., Brandon, for Appellant.

Chance Lyman, Joshua S. M. Smith, Alexandra M. Dragovich, and Victor Silva, of Buchanan Ingersoll & Rooney, PC, Tampa, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED